# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EDWARD MITCHELL,<br><br>           Plaintiff<br><br>    v.<br><br>J. BEARD, et al.,<br><br>           Defendants. | CASE No. 1:14-cv-00178-DLB PC<br><br>ORDER DIRECTING CLERK OF THE COURT TO CLOSE THIS CASE AND TERM ALL PENDING MOTIONS PURSUANT TO PARTIES' STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION, WITH PREJUDICE<br><br>(ECF No. 17) |

      Plaintiff John Edward Mitchell, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on February 10, 2014.

      On July 11, 2014, Plaintiff and Defendants filed a stipulation for voluntary dismissal of the action, with prejudice. (ECF No. 17.) Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk of the Court is HEREBY DIRECTED to close this case and term all pending motions.

IT IS SO ORDERED.

    Dated:   **July 14, 2014**                      /s/ *Dennis L. Beck*
                                                                            UNITED STATES MAGISTRATE JUDGE